# Exhibit A



US00D919257S

## (12) United States Design Patent
Storch

(10) Patent No.: **US D919,257 S**
(45) Date of Patent: ** May 18, 2021

(54) **CLOG**

(71) Applicant: **BIRKENSTOCK SALES GMBH**, Vettelschoss (DE)

(72) Inventor: **Barbara Storch**, Cologne (DE)

(73) Assignee: **BIRKENSTOCK SALES GMBH**, Vettelschoss (DE)

(**) Term: **15 Years**

(21) Appl. No.: **29/708,925**

(22) Filed: **Oct. 10, 2019**

### Related U.S. Application Data

(62) Division of application No. 35/506,005, filed on Oct. 24, 2018 (U.S. filing date under 35 U.S.C. 384), and having an international filing date of Oct. 24, 2018, now Pat. No. Des. 878,718.

(51) **LOC (13) Cl.** .................................................. **02-04**
(52) **U.S. Cl.**
USPC ............................................ **D2/923**; D2/951
(58) **Field of Classification Search**
USPC ......... D2/896–900, 916–919, 923–926, 946, D2/969, 972, 976, 951
CPC .... A43B 1/10; A43B 3/10; A43B 3/12; A43B 17/18; A43B 1/12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D413,010 S | * | 8/1999 | Birkenstock | D2/916 |
| D470,997 S | * | 3/2003 | Bronga | D2/897 |
| D543,342 S | * | 5/2007 | Andersen | D2/919 |
| D569,597 S | * | 5/2008 | Matis | D2/969 |
| D601,784 S | * | 10/2009 | Chen | D2/918 |
| D618,448 S | * | 6/2010 | Hill | D2/896 |
| D774,736 S | * | 12/2016 | Shen | D2/919 |
| D885,716 S | * | 6/2020 | Rubenach | D2/926 |

* cited by examiner

*Primary Examiner* — Rashida C. Walshon
(74) *Attorney, Agent, or Firm* — Fross, Zelnick, Lehrman & Zissu, P.C.; Charles T. J. Weigell, Esq.

(57) **CLAIM**

The ornamental design for a clog, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side view showing my design;
FIG. **2** is left side view thereof;
FIG. **3** is a top perspective view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a front view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**



U.S. Patent     May 18, 2021     Sheet 1 of 7     US D919,257 S



FIG. 1



FIG. 2



FIG. 3



**FIG. 4**



FIG. 5



**FIG. 6**



**FIG. 7**