✎AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**EASTERN** District of **Massachusetts**

**BIRKENSTOCK US BIDCO, INC. BIRKENSTOCK USA, LP; and BIRKENSTOCK IP GMBH**

V.

**WHITE MOUNTAIN INTERNATIONAL LLC; and AMERICAN EXCHANGE TIME**

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

> **AMERICAN EXCHANGE TIME LLC**
> **152 West 36th St, Ste 401**
> **New York, NY 10018**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY  (name and address)

> **Cory C. Bell**
> **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
> **Two Seaport Lane, 6th Floor**
> **Boston, MA 02210-2001**
> **cory.bell@finnegan.com**

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

✎AO 440  (Rev. 10/93) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the third-party defendant.  Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): _____

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
|     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. <br><br> Executed on _____  _____ <br>                 Date               *Signature of Server* <br><br> _____ <br>               *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.