UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC.; BIRKENSTOCK USA, LP; BIRKENSTOCK IP GBMH; <br><br> Plaintiffs, <br><br> v. <br><br> WHITE MOUNTAIN INTERNATIONAL LLC; AMERICAN EXCHANGE TIME LLC; <br><br> Defendants. | Civil Action No. 1:24-cv-10610-PBS <br><br> JURY TRIAL DEMANDED |

## CERTIFICATION OF DOUGLAS A. RETTEW
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSIONS

Douglas A. Rettew certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admissions and have personal knowledge of the facts stated herein.

2. I am a partner at the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, NW Washington, DC 20001-4413.

3. Plaintiffs Birkenstock US BidCo, Inc.; Birkenstock USA, LP; and Birkenstock IP GmbH have asked that I be admitted *pro hac vice* to appear in this matter on their behalf.

4. I am a member in good standing of the bars of the District of Columbia, the State of Maryland, and the State of New Jersey.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the rules of this court.

I certify under penalty that the foregoing is true and correct, this 23rd day of April 2024.

/s/ Douglas A. Rettew
Douglas A. Rettew
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
douglas.rettew@finnegan.com