# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC.; BIRKENSTOCK USA, LP; and BIRKENSTOCK IP GMBH;<br><br>Plaintiffs,<br><br>v.<br><br>WHITE MOUNTAIN INTERNATIONAL LLC and AMERICAN EXCHANGE TIME LLC;<br><br>Defendants. | Civil Action No. 1:24-cv-10610-PBS |

## **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (DKT. NO. 64)**

Plaintiffs Birkenstock US BidCo, Inc.; Birkenstock USA, LP; and Birkenstock IP GmbH (collectively "Birkenstock") hereby give notice of their withdrawal of the Motion to Compel Discovery filed on February 28, 2025 (Dkt. No. 64), in view of Defendants' service of their Fourth Amended Response to Interrogatory No. 15 on Wednesday, March 26, 2025.

Dated: March 27, 2025

Respectfully submitted,

/s/   *Cory C. Bell*
Cory C. Bell (BBO# 705124)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600 (phone)
(617) 646-1666 (fax)
cory.bell@finnegan.com

Elizabeth D. Ferrill (admitted *pro hac vice*)
Doug Rettew (admitted *pro hac vice*)
Maxime I. Jarquin (*pro hac vice* to be filed)

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Washington, DC  20001
(202) 408-4000 (phone)
(617) 646-1666 (fax)
elizabeth.ferrill@finnegan.com
doug.rettew@finnegan.com
maxime.jarquin@finnegan.com

*Attorneys for Plaintiffs Birkenstock US BidCo, Inc.; Birkenstock USA, LP; and Birkenstock IP GmbH.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via e-mail in PDF format:

/s/*Cory C. Bell*

Cory C. Bell