**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC., BIRKENSTOCK USA, LP; and BIRKENSTOCK IP GMBH<br><br>Plaintiffs,<br><br>vs.<br><br>WHITE MOUNTAIN INTERNATIONAL LLC and AMERICAN EXCHANGE TIME LLC,<br><br>Defendants. | Case No. 1:24-cv-10610-PBS<br><br>**MOTION ON CONSENT TO CONTINUE MOTION HEARING** |

Defendants, White Mountain International LLC and American Exchange Time LLC, with the consent of Plaintiffs, Birkenstock US Bidco, Inc., Birkenstock USA, LP, and Birkenstock IP, hereby moves the Court to continue the motion Hearing currently set for May 21, 2025 before the Honorable Magistrate Judge Jennifer C. Boal (Dkt. 112) to May 28, 2025 or May 29, 2025, or such later date as convenient for the Court and Parties.

Good cause exists for this request as lead counsel for Defendants, Edmund Ferdinand, has an immovable conflict for the Hearing on May 21, 2025 as he is scheduled to travel to the West Coast for trade conferences that week.

Defendants respectfully request that this Honorable Court enter the Proposed Order being concurrently filed herewith.

Counsel for Plaintiff consented to this request on April 16, 2025.

Dated: April 18, 2025

**LANDO & ANASTASI LLP**

By:   */s/* Thomas P. McNulty
    Thomas P. McNulty (BBO#654,564)
    Lando & Anastasi, LLP
    60 State Street, 23rd Floor
    Boston, MA 02109
    Tel: (617) 395-7000
    TMcNulty@LALaw.com

**MEISTER SEELIG & FEIN PLLC**

Edmund J. Ferdinand, III (*pro hac vice*)
Alexander Malbin (*pro hac vice*)
Robert Feinland (*pro hac vice on file*)
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: jed@msf-law.com
       arm@msf-law.com
       rf@msf-law.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   */s/*Thomas P. McNulty
    Thomas P. McNulty (BBO# 654,564)
    LANDO & ANASTASI, LLP
    60 State Street, 23rd Floor
    Boston, MA 02109
    (t) (617) 395-7000

(f) (617) 395-7070
TMcNulty@LALaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC., BIRKENSTOCK USA, LP; and BIRKENSTOCK IP GMBH,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITE MOUNTAIN INTERNATIONAL LLC and AMERICAN EXCHANGE TIME LLC,<br><br>Defendants. | Case No. 1:24-cv-10610-PBS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING** |

Before the Court is the Joint Motion to Continue Claim Construction Hearing. The claim construction hearing is currently scheduled for May 21, 2025 (D.I. 112). After consideration of the joint motion, the Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the claim construction hearing scheduled for May 21, 2025 is continued to _____.


Dated:

_____
Hon. Jennifer C. Boal
United States District Judge